# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES PICKETT,**

          **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-1128-Orl-31DAB**

**EXECUTIVE PREFERENCE CORPORATION, KIRISTEN MCMANUS and WEBMASTER J,**

          **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge David A. Baker (Doc. No. 60) concerning Defendant's Motion to Dismiss (Doc. No. 55), and no objections having been filed, it is

**ORDERED** that the Report and Recommendation is adopted and confirmed. Defendant's Motion to Dismiss is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 8, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                   GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE