**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES PICKETT,**

        **Plaintiff,**

-vs-                                    Case No. 6:05-cv-1128-Orl-31DAB

**EXECUTIVE PREFERENCE**
**CORPORATION, KIRISTEN MCMANUS**
**and WEBMASTER J,**

        **Defendants.**

## ORDER

This cause comes before the Court on the Renewed Motion for Contempt and Motion for Sanctions (Doc. 85) filed September 11, 2006; Plaintiff's Motion for Sanctions for Failure to Respond to Interrogatories (Doc. 88) filed September 12, 2006; and the Motion for the Court to Disregard the Corporate Entity (Doc. 89) filed September 18, 2006.

On September 25, 2006, the United States Magistrate Judge issued a report (Doc. 98) recommending that the Renewed Motion for Contempt and Motion for Sanctions be granted, in part, that the Plaintiff's Motion for Sanctions for Failure to Respond to Interrogatories (Doc. 88) be denied as moot, and that the Motion for the Court to Disregard the Corporate Entity (Doc. 89) be denied. The Plaintiff filed an objection (Doc. 103), but that document was stricken by the Magistrate Judge and no further objection has been filed. In addition, the Court notes that the Plaintiff has not obtained personal service on Defendant Webmaster J and, as noted in the report, it does not appear that additional time will yield a different result.

Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Renewed Motion for Contempt and Motion for Sanctions (Doc. 85) is **GRANTED IN PART**.  The pleadings of Defendant Executive Preference Corporation are hereby **STRICKEN**, and the Clerk is directed to enter a **DEFAULT** against it.  Upon entry of that default by the Clerk, the Plaintiff may move for a default judgment against the corporation.

3. That the Plaintiff's Motion for Sanctions for Failure to Respond to Interrogatories (Doc. 88) is **DENIED AS MOOT**.

4. That the Motion for the Court to Disregard the Corporate Entity (Doc. 89) is **DENIED**.

5. That the action against Defendant Webmaster J is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 16th day of October, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party