**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES PICKETT,**

          **Plaintiff,**

**-vs-**                                                  **Case No.  6:05-cv-1128-Orl-31DAB**

**EXECUTIVE PREFERENCE**
**CORPORATION, KIRISTEN MCMANUS**
**and WEBMASTER J,**

          **Defendants.**

_____

## ORDER

On November 29, 2006, Magistrate Judge Baker issued his Report (Doc. 110) recommending that Plaintiff's Motion for Entry of Default Judgment (Doc. 109) be denied, without prejudice.  In his Report, Magistrate Judge Baker recognized that Plaintiff was entitled to statutory damages for two infringements; however, he noted that Plaintiff had presented no evidence from which the Court could consider the relevant factors in exercising its statutory discretion.  Accordingly, Judge Baker recommended that the Motion be denied, but that Plaintiff be given an opportunity to submit additional evidence in support of his demand for statutory damages.

On December 8, 2006, Plaintiff filed objections to the Report and Recommendation (Doc. 111), which included a renewed motion for recusal of Magistrate Judge Baker.  The objections essentially constitute a personal attack on Magistrate Judge Baker and have little relevance to the substance of his Report.  In sum, Plaintiff contends that the record contains sufficient evidence

upon which this Court can assess an appropriate statutory award.  Rather than accept Judge Baker's invitation to supplement the record, Plaintiff  "places full faith in honor of the Court" to determine an award as the Court considers just."  (Doc. 111 at 7).

Accordingly, the Court OVERRULES Plaintiff's objections and DENIES the motion to recuse Judge Baker.  However, the Court accepts Plaintiff's confidence that this Court can make an appropriate statutory award and GRANTS the Motion for Entry of Default Judgment (Doc. 109).  Therefore, absent any evidence concerning the relevant factors, but finding that the infringement was willful, the Court will direct the entry of default judgment against Defendants as follows: Statutory damages of $10,000 for each of the two infringements, plus an increase of $5,000 for willful infringement for a total judgment of $25,000.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 19, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party