IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES PICKETT                             Case No. 6:05-CV1128-ORL-31-DAB
PLAINTIFF, PRO SE,

vs.

EXECUTIVE PREFERENCE CORPORATION
KIRISTEN MCMANUS, INDIVIDUALLY
DEFENDANTS
_____/

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

COMES NOW, James Pickett, Individually (PICKETT), pro se, Plaintiff in the above-entitled and numbered action, and enters this PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT and in furtherance thereof does state:

1. This court entered a Default Judgment, jointly against the Defendants and in favor of the Plaintiff on 12/20/2006 (Doc #114, incorporated by reference).

2. Plaintiff has incurred expenses and costs in the amount of $488.95 in prosecuting this matter (See, Exhibit "A", attached) per 17 USC Chapter 5, 505.

3. The Digital Millennium Copyright Act allows for injunction of the infringers (17 USC, Chapter 5, 502).

WHERE FOR, Plaintiff MOVES the court for entry of a Final Judgment.

Dated this 26TH day of December, 2006.

James Pickett *pro se*
POB 6051
Winter Park, Florida 32793
(407) 574-8366

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent to W. Bart Meacham, Esq. 412 E. Madison St. Suite 1111 Tampa, FL 33602 by first class U. S. Mail or Electronic service to published e-mail address, wbartmeacham@yahoo.com pursuant to FRCP Rule 5(d).

*[signatures]*

James Pickett *pro se*
POB 6051
Winter Park, Florida 32793
(407) 574-8366

## Memorandum in Support

FRCP, Rule 54(c) allows: "every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in the party's pleadings"

FRCP, Rule 4(d)(5), allows: "The costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e), (f), or (h), together with the costs, including a reasonable attorney's fee, of any motion required to collect the costs of service." Plaintiff attempted waiver of service (see docket, incorporated by reference) and was rejected by Defendant McManus.

# EXPENSES Pickett v Executive Preference et al

6:05-CV-1128-ORL-31-DAB

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01-Aug-05 | Filing Fee | $250.00 |
|  | Service of Process - Executive Pref Corp | $20.00 |
| 22-Feb-06 | Postage 1st Amend Complaint 1.59 & 1.59 & 1.35 | $4.53 |
| 04-May-06 | Sheriff Pinellas Service on McManus (failed) | $20.00 |
| 06-Jun-06 | Postage Subpoena / notice depo w/ production | $6.06 |
| 17-Jun-06 | Postage P R Motion Dismiss 1st Amended Complaint | $2.70 |
| 26-Jun-06 | Parking for Deposition | $2.00 |
|  | S&W Detect Service of Process McManus | $43.00 |
|  | Miscellaneous Postage 30@ .39 | $11.70 |
|  | Miscellaneous Costs (paper, toner, et c) | $50.00 |
| 08-Aug-06 | Postage Subpoena for Deposition + Summons & Complaint | $6.47 |
| 10-Aug-06 | Mailing Interrogatories, Req. Admissions, et c. | $2.30 |
| 09-Aug-06 | Sheriff Pinellas County Service of Process - failed (2nd attempt) | $20.00 |
| 15-Aug-06 | Mailing Motions and Subpoena to Simone | $7.19 |
| 03-Oct-06 | S&W Detect Service of Process McManus (2nd Address) | $43.00 |
|  | **TOTAL** | $488.95 |

EXHIBIT "A" EXPENSES and RECEIPTS



EXHIBIT "A" EXPENSES and RECEIPTS