**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES PICKETT,**

                  **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-1128-Orl-31DAB**

**EXECUTIVE PREFERENCE**
**CORPORATION, KIRISTEN MCMANUS**
**and WEBMASTER J,**

                  **Defendants.**
_____

## ORDER

On January 31, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 117), recommending that the motion for final judgment (Doc. 116) be DENIED without prejudice to the Plaintiff's ability to file a bill of costs. The Plaintiff, James Pickett ("Pickett"), filed timely objections to the Report (Doc. 118). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. In his motion for default judgment (Doc. 109), Pickett sought statutory damages but did not seek injunctive relief. Accordingly, in granting that motion, the Court did not direct the clerk to include injunctive relief in the judgment. Pickett attempts to rely on Rule 54(c) to cure this problem, but that rule is not applicable where judgment has been entered by default. It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion for Final Judgment is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE